conviction relief following an evidentiary hearing. We affirm.

We have reviewed the record and find the claims of error are without merit; the judgment of the motion court is based on findings of fact that are not clearly erroneous. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rules 30.25(b) and 84.16(b).

Defendant's Rule 24.035 motion was properly denied. The trial court sentenced defendant on April 21, 1994. He did not file his *pro se* motion until October 11, 1994, well outside the 90–day time limit.

The time limits contained in Rule 24.035 are mandatory. Rule 24.035(b). The supreme court has held them to be constitutionally valid and reasonable. *Day v. State*, 770 S.W.2d 692, 695 (Mo. banc 1989).

The motion court's judgment is based on findings of fact that are not clearly erroneous. No error of law appears. An opinion would have no precedential value. Rule 84.16(b).

The motion court's judgment is affirmed.

**Kermit L. BARBER, Movant/Appellant,**

v.

**STATE of Missouri,
Respondent/Respondent.**

No. 67884.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 20, 1996.

**STATE of Missouri, Respondent,**

v.

**Antoine L. BRACKEN, Appellant.**

**Antoine L. BRACKEN,
Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

Nos. 65441, 67772.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 20, 1996.

Dave Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

PER CURIAM.

Defendant pled guilty to felonious restraint, § 565.120, RSMo 1994, and first degree assault, § 565.050, RSMo 1994. The trial court imposed sentences of seven and fifteen years respectively.

Defendant appeals the denial, for untimely filing, of his Rule 24.035 motion. We affirm.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Blegen, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRAHAN, P.J., and CRANDALL and DOWD, JJ.